NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| APRIL ATKINS, | Civil Action No. 2:13-cv-06820 (SDW) |
| Plaintiff, | |
| v. | **ORDER** |
| CAPRI TRAINING CENTER, INC. d/b/a CAPRI INSTITUTE, and MUENSTER-SINTON, | October 1, 2014 |
| Defendants. | |

**WIGENTON,** District Judge.

Before this Court are Defendants Capri Training Center, Inc. and Anne. E. Muenster-Sinton's (collectively referred to as "Defendants") and plaintiff April Atkins's ("Plaintiff") filings regarding the following six pending motions: 1) Motion to Conditionally Certify Collection Action and to Authorize Notice of Pendency and Consent to Join ("Motion for Conditional Certification"); 2) Motion to Dismiss, which was converted to one for Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 56(c) ("Motion for Summary Judgment"); 3) Cross Motion to Stay ("Motion to Stay"); 4) Motion to Strike Plaintiff's April 25, 2014 Notice of Supplemental Authority ("Motion to Strike"); 5) Motion to Strike Plaintiff's July 31, 2014 Notice of Supplemental Authority ("Motion to Strike II"); and 6) Cross Motion for Time to Conduct Discovery Pursuant to Rule 56(d) ("Cross Motion for Time to Conduct Discovery").

For the reasons set forth in this Court's Opinion dated October 1, 2014, Defendants' Motion for Summary Judgment is **GRANTED**, Plaintiff's Cross Motion for Time to Conduct Discovery is **DENIED**, and Defendants' Motions to Strike, Plaintiff's Motion to Conditionally Certify, and Defendants' Motion to Stay are **DENIED AS MOOT**.

**SO ORDERED**.

s/ Susan D. Wigenton, U.S.D.J.

Orig: Clerk
cc: Parties
      Magistrate Judge Mannion