# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 14-4137

April Atkins v. Capri Training Center Inc, et al

(Originating Court No. 2-13-cv-06820)

## O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.


For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Date: February 6, 2015
CJG/cc:   Judith Q. Bielan, Esq.
          Stephen P. DeNittis, Esq.
          Paula Odysseos-Panayiotou, Esq.

**A True Copy**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.